UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:23-CR-3 |
| | ) |
| ISAAC JARREAU STORY | ) |

## ORDER

This matter is before the Court on United States Magistrate Judge Cynthia R. Wyrick's Report and Recommendation [Doc. 43], in which Judge Wyrick recommends the Court accept Defendant's guilty plea to Count One of the Superseding Indictment [Doc. 27], adjudge him guilty of that charge, and order that he remain in custody pending his sentencing hearing. Neither party objects to the Report and Recommendation. [Docs. 45, 46].

Having reviewed the record, the Court agrees with Judge Wyrick's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(b). For the reasons in the Report and Recommendation, which the Court adopts and incorporates into this Order, the Court **ACCEPTS** Defendant's guilty plea, and Defendant is hereby **ADJUDGED** guilty of Count One of the Superseding Indictment. The Court will defer a decision as to whether to accept or reject the Plea Agreement [Doc. 35] until after it has received a presentence investigation report from the United States Probation Office. Defendant **SHALL** remain in custody pending his sentencing hearing.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE